JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA ROSE D'ANGELO,<br><br>Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER USA INC. dba CHRYSLER CAPITAL, et al.,<br><br>Defendants. | Case No. 5:22-cv-00298-JFW-KKx<br><br>ORDER GRANTING STIPULATION TO SUBMIT PLAINTIFF GINA ROSE D'ANGELO'S CLAIMS AGAINST DEFENDANT SANTANDER CONSUMER USA INC. TO ARBITRATION, AND TO STAY ACTION AGAINST SANTANDER CONSUMER USA, INC. PENDING ARBITRATION<br><br>Scheduling Conference Date: March 28, 2022, 1:15 p.m. |

CASE NO: 5:22-CV-00298-JFW-KK

The Court, having considered Defendant Santander Consumer USA Inc., d/b/a Chrysler Capital's ("Chrysler Capital") and Plaintiff Gina Rose D'Angelo's ("Plaintiff") (collectively, the "Parties") Stipulation to submit Plaintiff's claims asserted against Chrysler Capital to arbitration and to stay the instant action against Chrysler Capital (the "Stipulation"), and good cause appearing, IT IS HEREBY ORDERED that:

1. The Parties' Stipulation is hereby GRANTED.

2. The claims for relief asserted by Plaintiff against Chrysler Capital in this action shall be submitted to binding arbitration.

3. The action shall be stayed as to Plaintiff's claims against Chrysler Capital pending completion of the arbitration proceeding.

4. The Court will retain jurisdiction with respect to the arbitration award issued in the arbitration proceeding.

5. The Clerk shall administratively close this case.

IT IS SO ORDERED.

DATED: March 15, 2022

_____
Hon. John F. Walter
United States District Judge